**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **Case Number:** RDB-1-16-CR-00364-009 |
| | * | |
| **RODERICK BRUNSON** | * | |
| | * | **Judge Richard D. Bennett** |
| Defendant/Petitioner. | * | |

**ORDER**

**UPON CONSIDERATION** of Defendant's *Motion for Judicial Recommendation Concerning Length of Residential Re-Entry Center/Halfway House Placement and Home Confinement* and any response thereto, it is on this ___________ day of ___________________ 2019 hereby

**RECOMMENDED** to the Federal Bureau of Prisons and to Defendant's Unit Team that they should grant Defendant 12 months time in a halfway house; and it is further

**RECOMMENDED** to the Federal Bureau of Prisons and to Defendant's Unit Team that they should grant Defendant the maximum available time in home confinement, for the shortest of 10 percent of his term of imprisonment (2.4 months) or 6 months.

_______________________________

**Judge Richard D. Bennett**