PRESS FIRMLY TO SEAL

# PRIORITY® ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM:

P

**$10.40**

Origin: 11413
03/27/19
3541730213-25

PRIORITY MAIL 2-Day ®

0 Lb 5.30 Oz
1006

EXPECTED DELIVERY DAY: 03/29/19

C047

SHIP TO:
101 W LOMBARD ST
BALTIMORE MD 21201-2605

USPS SIGNATURE TRACKING NUMBER

9510 8132 2701 9086 2464 06

PRIORITY® ★ MAIL ★

FROM:
Roderick Brunson # 89656-053
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

TO: Judge Richard D. Bennett
United States District Court
District of Maryland Clerk of Court
101 W. Lombard Street
Baltimore, Maryland 21201

Label 228, July 2013

FOR DOMESTIC AND INTERNATIONAL USE

FILED ENTERED
LODGED RECEIVED

APR 3 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.