UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RDB-16-0364 |
| RODERICK BRUNSON | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM ORDER

Presently pending is the Motion to Modify Conditions of Supervised Release (ECF#473). Specifically, the Defendant requests that the condition of home confinement during his period of supervised release be terminated. The Government has opposed this motion (ECF#478). Brunson's Motion (**ECF #473**) is **DENIED**.

The Defendant was one of fourteen defendants indicted in this case and charged with conspiracy to distribute and possess with intent to distribute heroin. He plead guilty on November 29, 2017 and on March 5, 2018 he was sentenced to 24 months incarceration with a period of two years supervised release after his release from the Federal Bureau of Prisons. This sentence was well below the advisory guideline range of 57 -71 months (25 I). The Defendant has now been released from incarceration and commenced his period of supervised release and is subject to home detention for the first 12 months of that period of supervised release. The conditions of home confinement permit him to go to work, church, medical appointments and only require him to be at home at night. The Defendant can further seek the approval of his probation officer if there are any other matters that require his departure from his residence. There is no basis for this Court to modify the conditions of supervised release previously imposed. Accordingly, IT IS HEREBY ORDERED this 11th day of May 2020 that said Motion is DENIED

/s/
Richard D. Bennett
U.S. District Judge